# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ANDRAE LINZY,
     #2751783

          Plaintiff,                     2:10-cv-01351-KJD-RJJ

vs.
                                         **ORDER**
RIKER'S ISLAND CORRECTIONAL
FACILITY, *et al.*,

          Defendants.

Plaintiff is in the custody of the Clark County Detention Center and is proceeding *pro se* with a civil rights action. He has not paid the filing fee nor has he has requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

Plaintiff brings this action against Riker's Island Correctional Facility in New York, New Canaan, Connecticut Police Department, the State of New York and the State of Connecticut, seeking damages for alleged civil rights violations related to an allegedly improper extradition.

The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same state, (2) a judicial district in which a substantial part of the events or omissions

giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

In this case, none of the defendants reside in the District of Nevada, and the main defendant appears to Riker's Island Correctional Facility and/or the State of New York. The events giving rise to the claims appear to have occurred in East Elmhurst, New York and possibly Connecticut. Therefore, plaintiff's complaint should have been filed in a United States District Court for the Eastern District of New York. In the interests of justice, a federal court may transfer a complaint filed in the wrong district to the correct district. *See* 28 U.S.C. § 1406(a); *Starnes v. McGuire*, 512 F.2d 918, 932 (D.C. Cir. 1974).

**IT IS THEREFORE ORDERED** that this matter is transferred to the United States District Court for the Eastern District of New York.

DATED this 15th day of November, 2010.

_____
UNITED STATES MAGISTRATE JUDGE